JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TYCO FIRE PRODUCTS, L.P., et al.,<br><br>    Defendants. | Case No. CV 23-5582-MWF(ASx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL |

The Court has considered the parties' Joint Stipulation of Dismissal. (Docket No. 46). For good cause shown, the Stipulation is GRANTED. The Court ORDERS this action DISMISSED with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 14, 2025

                                       MICHAEL W. FITZGERALD
                                       United States District Judge